IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE JAMES ARCHIE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 10-0441 |

ORDER

AND NOW, this 26 day of April, 2011, upon consideration of Plaintiff's Brief and Statement of Issues and Defendant Commissioner's Response to Plaintiff's Request for Review, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

_T N O'Neill_
THOMAS N. O'NEILL, JR., J.